U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 15 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NORMAN DAVID EADS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| vs. | § | No. 4:95-CR-015 (01) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING FINDINGS CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Charles M. Bleil filed Findings, Conclusions and a Recommendation in this case, which recommended dismissal of Petitioner's claims for relief under 28 U.S.C. §2255 as time-barred. (Dkt. No. 152). Petitioner then filed Objections to the Magistrate Judge's Findings, Conclusions and Recommendation. (Dkt. No. 156).

Petitioner has since been released from the custody of the U.S. Bureau of Prisons. In any event, the Court will review the Findings, Conclusions and a Recommendation entered in this case in light of the disabilities or burdens that may flow from Petitioner's conviction. *See Carafas v. LaVallee*, 391 U.S. 234 (1968).

After independently reviewing Judge Bleil's Findings, Conclusions, and Recommendation pursuant to 28 U.S.C. §636(b) in light of Petitioner's Objections, the Court concludes that the Findings, Conclusions, and Recommendation entered in this case are correct and are hereby **ADOPTED** as the findings of this Court. Petitioner's application for habeas relief is time-barred and will be dismissed by separate order of the Court.

1

It is so **ORDERED.**

SIGNED: May 15, 2006.

_____
JUDGE JERRY BUCHMEYER
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS